UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEEL INSTITUTE OF NEW YORK,
                     Plaintiff,

-against-

THE CITY OF NEW YORK,
                     Defendant.
-----------------------------------------------------------X

09 **CIVIL** 6539 (CM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/11

The parties having cross-moved for summary judgment, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on December 21, 2011, having rendered its Memorandum Decision and Order granting the Secretary of Labor's motion for leave to file an amended amicus brief, denying Plaintiff's motion for partial summary judgment as to Counts I and II of the Complaint, and granting the City's cross-motion for summary judgment dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 21, 2011, the Secretary of Labor's motion for leave to file an amended amicus brief is granted; Plaintiff's motion for partial summary judgment as to Counts I and II of the Complaint is denied; and the City's cross-motion for summary judgment dismissing the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
         December 22, 2011

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                    **BY:**
                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____